| PROB 22 | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Tran.Ct) 0:98CR06015-20 |
|---|---|---|
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lionel Welch | SD/Florida | West Palm Beach |
| JUDGE BUCKLO | NAME OF SENTENCING JUDGE The Honorable Daniel T.K. Hurley | |

| SD/FL PACTS No. 56957 | DATES OF PROBATION SUPERVISED RELEASE | FROM 12/05/2003 | TO 12/04/2008 |
|---|---|---|---|

08CR 0171

OFFENSE: Count One: Conspiracy to Import Cocaine, 21 U.S.C. § 963

MAGISTRATE JUDGE ASHMAN

FILED
J.N
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 5, 2008
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

_____
United States District Judge