UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 0171 |
| v. | ) | |
| | ) | Honorable Elaine E. Bucklo |
| LIONEL WELCH | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    /s/ Halley B. Guren
       HALLEY B. GUREN
       Assistant United States Attorney
       219 South Dearborn Street, 5th Flr.
       Chicago, IL 60604
       312-886-4156

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on March 14, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

/s/ Halley B. Guren
HALLEY B. GUREN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4156