SO/FL, MiAMi

| PROB 22 | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Tran.Ct) 0:98CR06015-20 |
| | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lionel Welch | SD/Florida | West Palm Beach |
| JUDGE BUCKLO | NAME OF SENTENCING JUDGE The Honorable Daniel T.K. Hurley | |

**08CR 0171**

| DATES OF PROBATION SUPERVISED RELEASE | FROM 12/05/2003 | TO 12/04/2008 |
|---|---|---|

OFFENSE: Count One: Conspiracy to Import Cocaine, 21 U.S.C. § 963

FILED

MAGISTRATE JUDGE ASHMAN

J.N  APR 0 2 2008

4-2-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern District of Illinois** upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_February 5, 2008_
    Date

_Daniel T.K. Hurley_
    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
    Effective Date

_James F. Holderman_
    United States District Judge



**MICHAEL W. DOBBINS**

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5698

**March 3, 2008**

Ms. Sandra Theresa Acevedo
United States District Court
402 Paul G. Rogers Federal Building and
 United States Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Dear Clerk:

**Re:**   **US v Lionel Welch**

Our case number:  - 08 cr 171

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Lionel Welch , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

                              Sincerely,

                              Michael W. Dobbins
                              Clerk

                    by:

                              Yvette Pearson,   Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT





Date: 3/25/08

United States District Court

District of Illinois, Northern

219 South Dearborn Street

Chicago, Illinois 60604

RE:   Lionel Welch

Case No.: 98-6015-CR-Hurley

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction, the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

STEVEN M. LARIMORE

Clerk of Court

by: s/

     Deputy Clerk

Encl.

APPEAL, CLOSED

**U.S. District Court**
**Southern District of Florida (Ft. Lauderdale)**
**CRIMINAL DOCKET FOR CASE #: 0:98-cr-06015-DTKH-20**
**Internal Use Only**

Case title: USA v. McCleod, et al

Date Filed: 02/17/1998

Assigned to: Judge Daniel T. K. Hurley

**Defendant**

**Lionel Ron Welch** (20)
DOB: 1/2/50 PRISONER #: 51065 004
ADDRESS: 1230 NE 81st Terrace Miami, FL.
33138
TERMINATED: 06/21/2000

represented by **David Michael Tarlow**
Quintairos, Prieto, Wood & Boyer, P.A.
One East Broward Blvd.
Suite 1400
Ft. Lauderdale, FL 33301
954-523-7008
Fax: 954-523-7009
Email: dtarlow@qpwblaw.com
TERMINATED: 06/21/2000
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: CJA Appointment

**Philip Carlton, Jr.**
11098 Biscayne Boulevard
North Miami, FL 33161
305-981-9585
TERMINATED: 10/29/1998
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Temporary

**Ruben Oliva**
Rojas & Oliva
80 SW 8th Street
Suite 1900
Miami, FL 33130
305-373-6868
Fax: 373-6768
Email: oliva@rojasoliva.com
TERMINATED: 06/21/2000
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Retained

**Pending Counts**

21:952=CI.F CONTROLLED SUBSTANCE -
IMPORT
(1s)

**Disposition**

Imprisonment 72 months; Supervised Release 5
years; Assessed $ 100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                          **Disposition**

21:952=CI.F CONTROLLED SUBSTANCE -
IMPORT                                                          dismissed
(1)

21:841E=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE                                            dismissed
(2)

21:841D=CD.F CONTROLLED SUBST
SEE/DISTR/DISPENSE                                            dismissed
(2ss)

21:963=CP.F CONSPIRACY CONTRL SUBST
IMPORT/EXPORT                                                  dismissed
(6)

21:963=CP.F CONSPIRACY CONTRL SUBST
IMPORT/EXPORT                                                  dismissed
(6ss)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                 **Disposition**

None

---

**Plaintiff**

**USA**                                    represented by **PTS Officer**
TERMINATED: 03/14/2003                                  Pretrial Services Office
                                                        101 NE 3rd Avenue
                                                        Suite 200
                                                        Fort Lauderdale, FL 33301
                                                        954-769-5600
                                                        Email: cjonesaty@hotmail.com
                                                        TERMINATED: 03/14/2003
                                                        LEAD ATTORNEY
                                                        ATTORNEY TO BE NOTICED

                                                        **Probation Officer**
                                                        United States Probation Office
                                                        505 S 2nd Street
                                                        Suite 320
                                                        Fort Pierce, FL 34950-1505
                                                        561-465-9280
                                                        Fax: 460-6806
                                                        Email: cjonesaty@hotmail.com
                                                        TERMINATED: 03/14/2003
                                                        LEAD ATTORNEY
                                                        ATTORNEY TO BE NOTICED

                                                        **Jeffrey Henry Sloman**
                                                        United States Attorney's Office
                                                        500 E Broward Boulevard
                                                        7th Floor
                                                        Fort Lauderdale, FL 33301-3002
                                                        954-356-7255
                                                        Fax: 356-7230
                                                        Email: jeff.sloman@usdoj.gov

TERMINATED: 03/14/2003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Dittoe**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-356-7255
Fax: 356-7230
TERMINATED: 03/14/2003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Beckerleg, Jr.**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002
954-356-7314X3614
Fax: 356-7180
Email: william.h.beckerleg@usdoj.gov
TERMINATED: 03/14/2003
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/17/1998 | | Magistrate identification: Magistrate Judge Vitunac (kw, Deputy Clerk) (Entered: 02/19/1998) |
| 03/06/1998 | | **Remove sealed flag - case no longer sealed as to any party. (Former Deputy Clerk) (Entered: 03/10/1998) |
| 03/06/1998 | | **Added Government Attorney Kenneth Noto (Former Deputy Clerk) (Entered: 03/10/1998) |
| 03/12/1998 | 91 | Error in docketing (Former Deputy Clerk) (Entered: 03/19/1998) |
| 03/18/1998 | | **Added Government Attorney Jeffrey Henry Sloman (kw, Deputy Clerk) (Entered: 03/18/1998) |
| 04/09/1998 | | **Added Government PTS Officer (kw, Deputy Clerk) (Entered: 04/09/1998) |
| 04/21/1998 | | **Added Government Probation Officer (kw, Deputy Clerk) (Entered: 04/21/1998) |
| 07/06/1998 | 227 | ORDER adopting [219-1] report and recommendations denying [209-1] motion to show cause why sanctions should not be entered against the Warden at the FDC for failure to satisfy her medical needs as to Daphne Creary (2) ( Signed by Judge Daniel T. K. Hurley on 7/6/98) CCAP (kw, Deputy Clerk) (Entered: 07/08/1998) |
| 09/29/1998 | 255 | CONTINUED SUPERSEDING INDICTMENT as to Willie Edward Jackson (15) count(s) 1, 2, 4, 6, Rafael Duverge (16) count(s) 1, 10, 12, 14, 15, 16, Juan Cuevas (17) count(s) 1, 10, 12, 14, 15, 16, Decyo McDuffie (18) count(s) 1, 2, 4, 8, 9, 10, 11, 12, 13, Lionel "Ron" Welch (19) count(s) 1, 2, 6, Thomas Hawkins (20) count(s) 1, 2, 10, 11, 12, 13, Delrintus Cromartie (21) count(s) 1, 2, 6, 7 , Anthony James (21) count(s) 2, 9, 11, 13, Jose Cuevas (22) count(s) 1, 16 (Criminal Category 4) UNSEALED (kw, Deputy Clerk) Modified on 10/06/1998 (Entered: 10/06/1998) |
| 09/29/1998 | 256 | MOTION by USA as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" |

| | | |
|---|---|---|
| | | Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie to seal Superseding indictment UNSEALED (kw, Deputy Clerk) Modified on 10/06/1998 (Entered: 10/06/1998) |
| 09/29/1998 | 257 | ORDER as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie granting [256-1] motion to seal Superseding indictment ( Signed by Magistrate Barry S. Seltzer on 9/29/98) CCAP (UNSEALED) (kw, Deputy Clerk) (Entered: 10/06/1998) |
| 09/29/1998 | 261 | ARREST WARRANT issued as to Lionel "Ron" Welch Warrant issued by Magistrate Barry S. Seltzer Bail fixed at PTD (UNSEALED) (kw, Deputy Clerk) (Entered: 10/06/1998) |
| 10/01/1998 | | MOTION in open court by USA as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie to Unseal superseding indictment (kw, Deputy Clerk) (Entered: 10/06/1998) |
| 10/01/1998 | 270 | ORDER as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie granting [0-0] oral motion to Unseal superseding indictment ( Signed by Magistrate Barry S. Seltzer on 10/1/98) CCAP (kw, Deputy Clerk) (Entered: 10/06/1998) |
| 10/01/1998 | 312 | REPORT Commencing Criminal Action as to Lionel "Ron" Welch DOB: 1/2/50 Prisoner # 51065 004 (kw, Deputy Clerk) (Entered: 10/14/1998) |
| 10/01/1998 | 318 | ORDER as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie to Unseal indictment ( Signed by Magistrate Peter R. Palermo on 10/1/98) CCAP (kw, Deputy Clerk) (Entered: 10/14/1998) |
| 10/01/1998 | 319 | ORDER on Initial Appearance as to Lionel "Ron" Welch Report re counsel set for 10/5/98 for Lionel "Ron" Welch ; before Magistrate Ann E. Vitunac, , ( Signed by Magistrate Peter R. Palermo on 10/1/98) CCAP (kw, Deputy Clerk) (Entered: 10/14/1998) |
| 10/05/1998 | 294 | ORDER on Hearing to Report Re Counsel as to Lionel "Ron" Welch Counsel to be appointed by separate order ( Signed by Magistrate Judge William C. Turnoff on 10/5/98) Tape # 98G 90-533 CCAP (kw, Deputy Clerk) (Entered: 10/09/1998) |
| 10/06/1998 | 284 | Minute of arraignment & detention held on 10/6/98 before Magistrate Ann E. Vitunac as to Lionel "Ron" Welch ; Tape #: AEV 98-166-609 (kw, Deputy Clerk) (Entered: 10/06/1998) |
| 10/09/1998 | 305 | Minute of arraignment & detention held on 10/9/98 before Magistrate Ann E. Vitunac as to Lionel "Ron" Welch ; Tape #: AEV 98-169-3263 & 98-170-1 (kw, Deputy Clerk) (Entered: 10/13/1998) |
| 10/09/1998 | 308 | ARRAIGNMENT INFORMATION SHEET for Lionel "Ron" Welch (20) count(s) 1, 2, 6 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (kw, Deputy Clerk) (Entered: 10/14/1998) |
| 10/09/1998 | 321 | NOTICE of Temporary Appearance for Lionel "Ron" Welch by Attorney Philip Carlton Jr. (kw, Deputy Clerk) (Entered: 10/14/1998) |
| 10/16/1998 | 330 | MOTION by Lionel "Ron" Welch to extend time to file memorandum re prior record (kw, Deputy Clerk) (Entered: 10/19/1998) |
| | | |

| 10/19/1998 | 339 | Arrest WARRANT Returned Executed as to Lionel "Ron" Welch on 10/1/98 (kw, Deputy Clerk) (Entered: 10/20/1998) |
|---|---|---|
| 10/20/1998 | 346 | ORDER as to Lionel "Ron" Welch granting [330-1] motion to extend time to file memorandum re prior record ( Signed by Magistrate Ann E. Vitunac on 10/20/98) CCAP (kw, Deputy Clerk) (Entered: 10/21/1998) |
| 10/21/1998 | 347 | MOTION by Lionel "Ron" Welch to extend time to file memorandum re prior record (kw, Deputy Clerk) (Entered: 10/21/1998) |
| 10/22/1998 | 353 | ORDER as to Lionel "Ron" Welch granting [347-1] motion to extend time to file memorandum re prior record as to Lionel "Ron" Welch (20) ( Signed by Magistrate Ann E. Vitunac on 10/22/98) CCAP (kw, Deputy Clerk) (Entered: 10/23/1998) |
| 10/23/1998 | 354 | RESPONSE by USA as to Lionel "Ron" Welch in opposition to order to supply particulars concerning the defendants prior record (kw, Deputy Clerk) (Entered: 10/28/1998) |
| 10/23/1998 | 355 | MEMORANDUM by Lionel "Ron" Welch in support of application for bond (kw, Deputy Clerk) (Entered: 10/28/1998) |
| 10/29/1998 | 359 | ORDER OF DETENTION as to Lionel "Ron" Welch ( Signed by Magistrate Ann E. Vitunac on 10/28/98) CCAP (kw, Deputy Clerk) (Entered: 10/30/1998) |
| 10/29/1998 | 361 | CJA 20 as to Lionel "Ron" Welch : Appointment of Attorney David Michael Tarlow Voucher # 1008398 ( Signed by Magistrate Judge William C. Turnoff on 10/5/98) (kw, Deputy Clerk) (Entered: 11/04/1998) |
| 10/29/1998 | | **Terminated attorney Philip Carlton for Lionel "Ron" Welch (dr, Deputy Clerk) (Entered: 07/21/1999) |
| 11/03/1998 | 367 | RESPONSE to Standing Discovery Order by USA as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie (kw, Deputy Clerk) (Entered: 11/09/1998) |
| 11/09/1998 | 370 | MOTION by Lionel "Ron" Welch to transfer defendant to FDC (kw, Deputy Clerk) (Entered: 11/10/1998) |
| 11/09/1998 | 373 | Minute of status/discovery conference held on 11/9/98 before Magistrate Ann E. Vitunac as to Lionel "Ron" Welch ; Court Reporter Name or Tape #: AEV 98-187-320 (kw, Deputy Clerk) (Entered: 11/10/1998) |
| 11/10/1998 | 376 | ORDER as to Lionel "Ron" Welch granting [370-1] motion to transfer defendant to FDC ( Signed by Magistrate Ann E. Vitunac on 11/9/98) CCAP (kw, Deputy Clerk) (Entered: 11/12/1998) |
| 12/10/1998 | 407 | ORDER as to Cecil McCleod, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Delrintus Cromartie, Anthony James, Thomas Hawkins set Jury trial for 2/1/99 before Judge Daniel T. K. Hurley , and set calendar call for 1:30 1/22/99 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 12/10/98) CCAP (kw, Deputy Clerk) (Entered: 12/11/1998) |
| 01/05/1999 | 428 | NOTICE of Appearance for Lionel "Ron" Welch by Attorney Ruben Oliva (kw, Deputy Clerk) (Entered: 01/05/1999) |
| 01/11/1999 | 430 | NOTICE of conflict by USA as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie (kw, Deputy Clerk) |

| | | (Entered: 01/11/1999) |
|---|---|---|
| 01/11/1999 | 431 | MOTION by Lionel "Ron" Welch for David Tarlow to withdraw as attorney (kw, Deputy Clerk) (Entered: 01/11/1999) |
| 01/12/1999 | 432 | NOTICE of Hearing as to Lionel "Ron" Welch : Motion hearing before Magistrate Ann E. Vitunac set for 10:00 1/25/99 for Lionel "Ron" Welch for [431-1] motion for David Tarlow to withdraw as attorney (kw, Deputy Clerk) (Entered: 01/14/1999) |
| 01/19/1999 | 439 | SUPERSEDING INDICTMENT as to Cecil McCleod (1) count(s) 1ss, 3ss, 4ss, 5ss, 8ss, 10ss, 12ss, 15ss, Malcolm Edwards (5) count(s) 1ss, 4ss, 15ss, Vincent King (6) count(s) 1ss, 8ss, John Lambert (8) count(s) 1sss, 16sss, Patrick Robinson (10) count(s) 1ss, 15ss, 16ss, Diedonnaks Charles (11) count(s) 1ss, Chester Collins (12) count(s) 1ss, Jeffrey Franklin (13) count(s) 1ss, 15ss, Willie Edward Jackson (15) count(s) 1s, 4s, Juan Cuevas (17) count(s) 1s, 10s, 12s, 14s, 15s, 16s, Jose Cuevas (18) count(s) 1s, 16s, Decyo McDuffie (19) count(s) 1s, 4s, 8s, 10s, 12s, Lionel "Ron" Welch (20) count(s) 1s, Thomas Hawkins (21) count(s) 1s, 10s, 12s, Delrintus Cromartie (23) count(s) 1s (Criminal Category 4) (kw, Deputy Clerk) (Entered: 01/26/1999) |
| 01/19/1999 | 439 | SUPERSEDING INDICTMENT as to Cecil McCleod (1) count(s) 2ss, 6ss, 9ss, 11ss, 13ss, 15ss, Malcolm Edwards (5) count(s) 2ss, 6ss, Vincent King (6) count(s) 2ss, 9ss 13ss, John Lambert (8) count(s) 2ss, 6ss, Patrick Robinson (10) count(s) 2ss, Diedonnaks Charles (11) count(s) 2ss, Chester Collins (12) count(s) 2ss, Jeffrey Franklin (13) count(s) 2ss, Willie Edward Jackson (15) count(s) 2ss, 6ss, Decyo McDuffie (19) count(s) 2ss, 9ss, 11ss, 13ss, Lionel "Ron" Welch (20) count(s) 2ss, 6ss, Thomas Hawkins (21) count(s) 2ss, 11ss, 13ss, Anthony James (22) count(s) 2s, 11s, 13s, Delrintus Cromartie (23) count(s) 2ss, 6ss, 7ss , Jeffrey McCleod (24) count(s) 2, 8, 9, Dave Edwards (25) count(s) 2, 6, Earnest Lee Burns (26) count(s) 2 (Criminal Category 4) (kw, Deputy Clerk) (Entered: 01/26/1999) |
| 01/19/1999 | 440 | MOTION by USA as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. to seal second superseding indictment (kw, Deputy Clerk) Modified on 01/26/1999 (Entered: 01/26/1999) |
| 01/19/1999 | 441 | ORDER as to Cecil McCleod, Malcolm Edwards, Vincent King, John Lambert, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Willie Edward Jackson, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. granting [440-1] motion to seal second superseding indictment ( Signed by Magistrate Barry S. Seltzer on 1/19/99) CCAP (kw, Deputy Clerk) (Entered: 01/26/1999) |
| 01/25/1999 | 437 | Minute of hearing on motion for permission to withdraw and for instructions held on 1/25/99 before Magistrate Ann E. Vitunac as to Lionel "Ron" Welch Court Reporter Name or Tape #: AEV 99-28-277 (kw, Deputy Clerk) (Entered: 01/26/1999) |
| 01/26/1999 | 445 | SUPPLEMENT by Lionel "Ron" Welch to: [431-1] motion for David Tarlow to withdraw as attorney (kw, Deputy Clerk) (Entered: 01/27/1999) |
| 01/27/1999 | 446 | CASE MANAGEMENT ORDER #1 as to Cecil McCleod, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. reset Jury trial for 9:30 6/1/99 before Judge Daniel T. K. Hurley , and set calendar call for 1:30 5/21/99 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on CCAP (kw, Deputy Clerk) (Entered: 01/27/1999) |
| 01/28/1999 | 469 | NOTICE of Hearing as to Lionel "Ron" Welch : set Arraignment for 9:30 2/2/99 for Lionel "Ron" Welch before Magistrate Ann E. Vitunac. (kw, Deputy Clerk) (Entered: 01/29/1999) |
| 02/02/1999 | 494 | ORDER RE: status conference, speedy trial, pretrial matters as to Malcolm Edwards, John |

|            |     |                                                                                                                                                                                                                                                                                                                          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Lambert, Diedonnaks Charles, Lionel "Ron" Welch set status conference for 10:30 3/4/99 before Magistrate Ann E. Vitunac ( Signed by Magistrate Ann E. Vitunac on 2/2/99) CCAP (kw, Deputy Clerk) (Entered: 02/03/1999)                                                                                                     |
| 02/02/1999 | 499 | ARRAIGNMENT INFORMATION SHEET for Lionel "Ron" Welch (20) count(s) 1s, 2ss, 6ss NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (kw, Deputy Clerk) (Entered: 02/03/1999)                                                                                                                                     |
| 02/02/1999 | 500 | Minute of arraignment on second superseding indictment held on 2/2/99 before Magistrate Ann E. Vitunac as to Lionel "Ron" Welch Tape #: AEV 99-32-1596 (kw, Deputy Clerk) (Entered: 02/03/1999)                                                                                                                           |
| 02/03/1999 | 495 | STANDING DISCOVERY ORDER as to Malcolm Edwards, John Lambert, Diedonnaks Charles, Lionel "Ron" Welch all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Ann E. Vitunac on 2/2/99) CCAP (kw, Deputy Clerk) (Entered: 02/03/1999)                    |
| 02/10/1999 | 535 | MOITON by Lionel "Ron" Welch to Adopt Motion to suppress fruits of electronic surveillance Defendant (kw, Deputy Clerk) (Entered: 02/12/1999)                                                                                                                                                                             |
| 02/11/1999 | 536 | ORDER as to Cecil McCleod, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. set Jury trial for 6/1/99 before Judge Daniel T. K. Hurley , and set calendar call for 1:30 5/21/99 for Cecil McCleod, for Harold Wright, for Malcolm Edwards, for Vincent King, for Kenneth Vinson, for John Lambert, for Andrew Rodney, for Patrick Robinson, for Diedonnaks Charles, for Chester Collins, for Jeffrey Franklin, for Anthony Spence, for Willie Edward Jackson, for Rafael Duverge, for Juan Cuevas, for Jose Cuevas, for Decyo McDuffie, for Lionel "Ron" Welch, for Thomas Hawkins, for Anthony James, for Delrintus Cromartie, for Jeffrey McCleod, for Dave Edwards, for Earnest Lee Burns Jr. before Judge Daniel T. K. Hurley , and to Continue in Interest of Justice ( Signed by Judge Daniel T. K. Hurley on 2/10/99) CCAP (kw, Deputy Clerk) (Entered: 02/12/1999)                                                                                 |
| 02/17/1999 | 553 | ORDER as to Lionel "Ron" Welch granting [535-1] motion to Adopt Motion to suppress fruits of electronic surveillance Defendant ( Signed by Magistrate Ann E. Vitunac on 2/17/99) CCAP (kw, Deputy Clerk) (Entered: 02/18/1999)                                                                                            |
| 03/04/1999 | 586 | Minute of status conference held on 3/4/99 before Magistrate Ann E. Vitunac as to Cecil McCleod, Malcolm Edwards, Vincent King, John Lambert, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Willie Edward Jackson, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr.; Tape #: AEV 99-47-280 (kw, Deputy Clerk) (Entered: 03/05/1999) |
| 03/10/1999 | 596 | ORDER adopting [219-1] report and recommendations granting [589-1] motion to Adopt Motion of Other Defendant [438-1] motion to suppress fruits of electronic surveillance as to Chester Collins (12) ( Signed by Magistrate Ann E. Vitunac on 3/10/99) CCAP (kw, Deputy Clerk) (Entered: 03/10/1999)                       |
| 03/10/1999 | 598 | MOTION by Jeffrey McCleod, Earnest Lee Burns Jr., Decyo McDuffie, Jeffrey Franklin, Vincent King, Thomas Hawkins, Anthony James, Cecil McCleod, John Lambert, Lionel "Ron" Welch, Delrintus Cromartie, Malcolm Edwards, Willie Edward Jackson, Chester Collins, Mark Knight, Patrick Robinson to set trial in Fort Lauderdale (kw, Deputy Clerk) (Entered: 03/10/1999)                                                                                      |
| 03/10/1999 | 601 | ORDER as to Cecil McCleod, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. denying [598-1] motion to set trial in Fort Lauderdale ( Signed by Judge Daniel T. K. Hurley |

| | | |
|---|---|---|
| | | on 3/10/99) CCAP (kw, Deputy Clerk) (Entered: 03/11/1999) |
| 03/23/1999 | 608 | ORDER SETTING STATUS CONFERENCE as to Cecil McCleod, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. Status conference set for 4:00 4/14/99 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley 3/22/99) CCAP (kw, Deputy Clerk) (Entered: 03/24/1999) |
| 03/26/1999 | 613 | AMENDED ORDER SETTING STATUS CONFERENCE as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. Status conference set for 4:00 4/14/99 for Cecil McCleod, for Daphne Creary, for Mark Knight, for Harold Wright, for Malcolm Edwards, for Vincent King, for Kenneth Vinson, for John Lambert, for Andrew Rodney, for Patrick Robinson, for Diedonnaks Charles, for Chester Collins, for Jeffrey Franklin, for Anthony Spence, for Willie Edward Jackson, for Rafael Duverge, for Juan Cuevas, for Jose Cuevas, for Decyo McDuffie, for Lionel "Ron" Welch, for Thomas Hawkins, for Anthony James, for Delrintus Cromartie, for Jeffrey McCleod, for Dave Edwards, for Earnest Lee Jr. before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 3/25/99) CCAP (Former Deputy Clerk) (Entered: 03/29/1999) |
| 04/05/1999 | 619 | MOTION by Lionel "Ron" Welch to set Bond (kw, Deputy Clerk) (Entered: 04/06/1999) |
| 04/06/1999 | 621 | NOTICE of Hearing as to Lionel "Ron" Welch : Motion hearing before Magistrate Ann E. Vitunac set for 9:30 4/19/99 for Lionel "Ron" Welch for [619-1] motion to set Bond (kw, Deputy Clerk) (Entered: 04/07/1999) |
| 04/06/1999 | 623 | Minute of status conference held on 4/6/99 before Magistrate Ann E. Vitunac as to Cecil McCleod, Malcolm Edwards, Vincent King, John Lambert, Patrick Robinson, Chester Collins, Jeffrey Franklin, Willie Edward Jackson, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr.; Court Reporter Name or Tape #: AEV 99-76-1 (kw, Deputy Clerk) (Entered: 04/07/1999) |
| 04/06/1999 | | Status conference as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. held (Former Deputy Clerk) (Entered: 04/13/1999) |
| 04/13/1999 | 628 | STATUS REPORT as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. (Signed by Magistrate Ann E. Vitunac on 4/13/99) CCAP (Former Deputy Clerk) (Entered: 04/13/1999) |
| 04/19/1999 | 636 | Minute of Motion To Set Bond held on 04/19/99 before Magistrate Linnea R. Johnson as to Lionel "Ron" Welch; Court Reporter Name or Tape #: LRJ-99-11-3486; Government does not oppose to Bond reduction. The Court approves the bond, bond set at $100,000 PSB to be cosigned, counsel to attempt to work out the Nebbia requirement (at, Deputy Clerk) (Entered: 04/20/1999) |
| 04/19/1999 | | Bond hearing as to Lionel "Ron" Welch held (at, Deputy Clerk) (Entered: 04/20/1999) |
| 05/10/1999 | 650 | ORDER of dismissal from USCA (certified copy) dismissing [429-1] appeal pursuant to the appellant's motion for voluntary dismissal as to Willie Edward Jackson (15) USCA #: 99- |

| | | |
|---|---|---|
| | | 4050-A USCA Order Date: 5/6/99 Copy to Judge. (Former Deputy Clerk) (Entered: 05/10/1999) |
| 05/10/1999 | | **Remove appeal flag - no further appeals pending (Former Deputy Clerk) (Entered: 05/10/1999) |
| 05/10/1999 | | Magistrate identification: Magistrate Judge Ann E. Vitunac (Former Deputy Clerk) (Entered: 05/10/1999) |
| 05/11/1999 | 653 | Minute of motion to set bond held on 5/11/99 before Magistrate Linnea R. Johnson as to Lionel "Ron" Welch ; Tape #: LRJ 99-16-1115-1130 (kw, Deputy Clerk) (Entered: 05/11/1999) |
| 05/11/1999 | 654 | MOTION by Lionel "Ron" Welch to set Bond (kw, Deputy Clerk) (Entered: 05/11/1999) |
| 05/11/1999 | 658 | PSB BOND entered by Lionel "Ron" Welch in Amount $ 100,000.00 Approved by Magistrate Linnea R. Johnson (kw, Deputy Clerk) (Entered: 05/17/1999) |
| 05/25/1999 | 672 | ORDER adopting [642-1] report and recommendations denying [438-1] motion to suppress fruits of electronic surveillance as to Jeffrey Franklin (13) ( Signed by Judge Daniel T. K. Hurley on 5/24/99) CCAP [EOD Date: 5/27/99] CCAP (kw, Deputy Clerk) (Entered: 05/27/1999) |
| 05/27/1999 | 675 | MOTION by USA as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. to bring computer equipment into the courthouse (kw, Deputy Clerk) (Entered: 05/28/1999) |
| 05/27/1999 | 675 | ORDER as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. granting [675-1] motion to bring computer equipment into the courthouse as to Cecil McCleod (1), Daphne Creary (2), Mark Knight (3), Harold Wright (4), Malcolm Edwards (5), Vincent King (6), Kenneth Vinson (7), John Lambert (8), Andrew Rodney (9), Patrick Robinson (10), Diedonnaks Charles (11), Chester Collins (12), Jeffrey Franklin (13), Anthony Spence (14), Willie Edward Jackson (15), Rafael Duverge (16), Juan Cuevas (17), Jose Cuevas (18), Decyo McDuffie (19), Lionel "Ron" Welch (20), Thomas Hawkins (21), Anthony James (22), Delrintus Cromartie (23), Jeffrey McCleod (24), Dave Edwards (25), Earnest Lee Burns (26) ( Signed by Judge Daniel T. K. Hurley on 5/27/99) CCAP [EOD Date: 5/28/99] CCAP (kw, Deputy Clerk) (Entered: 05/28/1999) |
| 05/27/1999 | 677 | Minute of change of plea held on 5/27/99 before Judge Daniel T. K. Hurley as to Lionel "Ron" Welch ; Court Reporter Name or Tape #: Pauline Stipes (kw, Deputy Clerk) (Entered: 05/28/1999) |
| 05/27/1999 | 680 | Plea Agreement as to Lionel "Ron" Welch (kw, Deputy Clerk) (Entered: 05/28/1999) |
| 05/27/1999 | | PLEA entered by Chester Collins, Lionel "Ron" Welch, Willie Edward Jackson, Anthony James . Court accepts plea. GUILTY: Chester Collins (12) count(s) 1s, Lionel "Ron" Welch (20) count(s) 1s, Willie Edward Jackson (15) count(s) 1s, Anthony James (22) count(s) 13s (kw, Deputy Clerk) (Entered: 05/28/1999) |
| 05/27/1999 | 683 | NOTICE of Hearing as to Lionel "Ron" Welch : Sentencing before Judge Daniel T. K. Hurley to be announced (kw, Deputy Clerk) (Entered: 05/28/1999) |
| 06/08/1999 | 706 | ORDER TO SHOW CAUSE WHY CHARLES STELLA SHOULD NOT BE HELD IN CRIMINAL CONTEMPT re: Mr. Charles Stella failed to appear in court on 06/07/99 to begin trial as required by order signed by this court 01/26/99. Pursuant to Fed.R.Crim.P.42, a hearing will be held on 06/11/99 at 3:30 p.m. at U.S.Courthouse in West Palm Beach, |

|  |  | Florida, to permit Mr. Stella to show cause, if there by any, why he should not be held in criminal contempt. (signed by Judge Daniel T. K. Hurley on 06/08/99) CCAP (at, Deputy Clerk) (Entered: 06/11/1999) |
|------------|-----|----------------------------------------------------------------------------------------------------------|
| 06/11/1999 | 707 | ORDER for appointment of counsel to serve as prosecutor in contempt hearing on 6/11/99 @3:30 ( Signed by Judge Daniel T. K. Hurley on 6/11/99) CCAP [EOD Date: 6/14/99] CCAP (kw, Deputy Clerk) (Entered: 06/14/1999) |
| 06/11/1999 | 709 | ORDER GRANTING to the extent that the United States Probation Office is ordered to produce for the court's in camera review the statements of the following individuals regarding their involvement in the offense and ther financial status as to Harold Wright, Cecil McCleod, Patrick Robinson, Andrew Rodney, Kenneth Vinson, Anthony Spence, Daphne Creary, Lionel "Ron" Welch, Rafael Duverge ( Signed by Judge Daniel T. K. Hurley on 6/10/99) CCAP [EOD Date: 6/14/99] CCAP (kw, Deputy Clerk) (Entered: 06/14/1999) |
| 07/14/1999 | 772 | Proof of publication from the: Miami Daily Business Review dated: 7/6/99. Response deadline is 30 days from the final publication of this notice (Former Deputy Clerk) (Entered: 07/15/1999) |
| 07/22/1999 |     | **Terminated document(s) as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr.: [395-1] motion regarding motion scheduling as to Jeffrey Franklin (13), [471-1] motion to continue detention hearing as to Cecil McCleod (1), [435-1] motion to continue trial as to Diedonnaks Charles (11), [253-1] motion to Adopt Vincent King's notice of unavailability as to Chester Collins (12), [408-2] motion to compel government's response with the court's discovery order as to Willie Edward Jackson (15), [425-1] motion to exonerate or set Bond as to Daphne Creary (2), [600-1] motion for reconsideration of [583-1] order as to Daphne Creary (2) (kw, Deputy Clerk) (Entered: 07/22/1999) |
| 07/22/1999 |     | **Terminated document(s) as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr.: [654-1] motion to set Bond as to Lionel "Ron" Welch (20), [619-1] motion to set Bond as to Lionel "Ron" Welch (20), [410-1] motion for clarification of appointment as to Anthony James (22), [402-1] motion for re-appointment of counsel as to Delrintus Cromartie (23), [610-1] motion to Adopt Motion of Other Defendant [606-1] motion for interim payments as to Delrintus Cromartie (23), [557-1] motion to Adopt Motion of Other Defendant [438-1] motion to suppress fruits of electronic surveillance as to Jeffrey McCleod (24), [225-2] motion to Travel as to Vincent King (6), [228-1] motion for Hearing on on motion to review bond order as to Andrew Rodney (9) (kw, Deputy Clerk) (Entered: 07/22/1999) |
| 08/17/1999 | 824 | ORDER granting [823-1] motion to seal third superseding indictment as to Aurelio Mosquera (28) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 8/17/99) CCAP [EOD Date: 8/20/99] CCAP (kw, Deputy Clerk) (Entered: 08/20/1999) |
| 08/18/1999 | 827 | ORDER to Unsealthird superseding indictment ( Signed by Ch. Magistrate Judge Lurana S. Snow on 8/18/99) CCAP [EOD Date: 8/20/99] CCAP (kw, Deputy Clerk) (Entered: 08/20/1999) |
| 08/24/1999 | 840 | ORDER SETTING STATUS CONFERENCE as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr. Status conference set for 8:45 10/7/99 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 8/24/99) CCAP [EOD Date: 8/25/99] CCAP (kw, Deputy Clerk) (Entered: 08/25/1999) |

| | | |
|---|---|---|
| 11/10/1999 | 919 | OBJECTION by Lionel "Ron" Welch to Presentence Investigation Report (kw, Deputy Clerk) (Entered: 11/15/1999) |
| 11/17/1999 | 926 | NOTICE of Hearing as to Lionel "Ron" Welch: setting Sentencing for 2:00 12/30/99 before Judge Daniel T. K. Hurley (Former Deputy Clerk) (Entered: 11/18/1999) |
| 12/03/1999 | 939 | ORDER permitting defendants to file amended post trial motions as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel "Ron" Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr., Aurelio Mosquera ( Signed by Judge Daniel T. K. Hurley on 12/3/99) CCAP [EOD Date: 12/3/99] CCAP (kw, Deputy Clerk) (Entered: 12/03/1999) |
| 12/09/1999 | 950 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 12/10/1999) |
| 12/16/1999 | 962 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 12/20/1999) |
| 12/16/1999 | 963 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 12/20/1999) |
| 12/20/1999 | 965 | JOINT MOTION by Lionel "Ron" Welch to continue sentencing hearing (Former Deputy Clerk) (Entered: 12/22/1999) |
| 12/29/1999 | 969 | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE HEARING: ORDER as to Lionel "Ron" Welch granting [965-1] joint motion to continue sentencing hearing as to Lionel "Ron" Welch (20) resetting Sentencing for 1:30 2/18/00 before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 12/28/99) CCAP [EOD Date: 12/30/99] CCAP (Former Deputy Clerk) (Entered: 12/30/1999) |
| 02/03/2000 | | NOTICE of Receipt of Transmittal Letter from USCA Re: [993-1] appeal USCA Number: 99-15080-G (dj, Deputy Clerk) (Entered: 02/04/2000) |
| 02/09/2000 | 999 | MOTION by Lionel "Ron" Welch to continue sentencing (kw, Deputy Clerk) (Entered: 02/09/2000) |
| 02/14/2000 | 1002 | ORDER as to Lionel "Ron" Welch granting [999-1] motion to continue sentencing as to Lionel "Ron" Welch (20) set Sentencing for 11:00 3/17/00 for Lionel "Ron" Welch before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 2/14/00) CCAP [EOD Date: 2/16/00] CCAP (kw, Deputy Clerk) (Entered: 02/16/2000) |
| 03/09/2000 | 1012 | MOTION by Lionel Ron Welch to continue sentencing hearing (kw, Deputy Clerk) (Entered: 03/09/2000) |
| 03/13/2000 | 1018 | ORDER as to Lionel Ron Welch granting [1012-1] motion to continue sentencing hearing as to Lionel Ron Welch (20) set Sentencing for 2:30 6/9/00 for Lionel Ron Welch before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 3/11/00) CCAP [EOD Date: 3/13/00] CCAP (kw, Deputy Clerk) (Entered: 03/13/2000) |
| 03/20/2000 | 1029 | ORDER adopting [1008-1] report and recommendations denying [864-1] motion for Judgment notwithstanding the verdict as to Jeffrey McCleod (24), denying [864-2] motion to set aside verdict as to Jeffrey McCleod (24), denying [864-3] motion for new trial as to Jeffrey McCleod (24) ( Signed by Judge Daniel T. K. Hurley on 3/20/00) CCAP [EOD Date: 3/21/00] CCAP (kw, Deputy Clerk) (Entered: 03/21/2000) |
| 04/10/2000 | | NOTICE of Receipt of Transmittal Letter from USCA Re: [1037-1] appeal USCA Number: 99-15080-G (dj, Deputy Clerk) (Entered: 04/11/2000) |
| 05/17/2000 | 1072 | ORDER adopting [1056-1] report and recommendations and directing that a copy of the Report and Recommendation and a copy of the transcript shall be transmitted to Judge Hall ( Signed by Judge Daniel T. K. Hurley on 5/16/00) CCAP [EOD Date: 5/18/00] CCAP (kw, Deputy Clerk) Modified on 05/18/2000 (Entered: 05/18/2000) |
| 05/31/2000 | 1078 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/01/2000) |

| 05/31/2000 | 1079 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/01/2000) |
|---|---|---|
| 05/31/2000 | 1080 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/01/2000) |
| 05/31/2000 | 1081 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/01/2000) |
| 06/06/2000 | | NOTICE of Receipt of record on appeal from USCA re: [1037-1] appeal by Jeffrey McCleod USCA # 99-15080-G (dj, Deputy Clerk) (Entered: 06/06/2000) |
| 06/06/2000 | 1086 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/07/2000) |
| 06/06/2000 | 1087 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/07/2000) |
| 06/06/2000 | 1088 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/07/2000) |
| 06/06/2000 | 1089 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 06/07/2000) |
| 06/09/2000 | 1095 | MOTION by USA as to Lionel Ron Welch for downward departure (kw, Deputy Clerk) (Entered: 06/20/2000) |
| 06/09/2000 | | Sentencing held Lionel Ron Welch (20) count(s) 1s (kw, Deputy Clerk) (Entered: 06/22/2000) |
| 06/21/2000 | 1099 | JUDGMENT as to Lionel Ron Welch (20) count(s) 1s. Imprisonment 72 months; Supervised Release 5 years; Assessed $ 100.00. Count(s) 1, 2ss , 2 , 6ss 6 dismissed ( Signed by Judge Daniel T. K. Hurley on 6/20/00) CCAP [EOD Date: 6/22/00] CCAP (kw, Deputy Clerk) (Entered: 06/22/2000) |
| 06/21/2000 | | **Termination of defendant, pending deadlines and motions as to party Lionel Ron Welch mooting [1095-1] motion for downward departure as to Lionel Ron Welch (20), mooting [431-1] motion for David Tarlow to withdraw as attorney as to Lionel Ron Welch (20) (kw, Deputy Clerk) (Entered: 06/22/2000) |
| 07/14/2000 | | Record on appeal returned from U.S. Court of Appeals: [1037-1] appeal by Jeffrey McCleod, [993-1] appeal by Earnest Lee Burns Jr., [987-1] appeal by John Lambert, [986-1] appeal by Dave Edwards, [985-1] appeal by Jeffrey Franklin, [949-1] appeal by Vincent King, [429-1] appeal by Willie Edward Jackson USCA #: 99-15080-G (Former Deputy Clerk) (Entered: 07/14/2000) |
| 07/14/2000 | | Record on appeal returned from U.S. Court of Appeals: [1037-1] appeal by Jeffrey McCleod, [993-1] appeal by Earnest Lee Burns Jr., [987-1] appeal by John Lambert, [986-1] appeal by Dave Edwards, [985-1] appeal by Jeffrey Franklin, [949-1] appeal by Vincent King, [429-1] appeal by Willie Edward Jackson USCA #: 99-15080-G (Former Deputy Clerk) (Entered: 07/25/2000) |
| 07/27/2000 | 1110 | Certificate of readiness transmitted to USCA re: [1037-1] appeal by Jeffrey McCleod, [993-1] appeal by Earnest Lee Burns Jr., [987-1] appeal by John Lambert, [986-1] appeal by Dave Edwards, [985-1] appeal by Jeffrey Franklin, [949-1] appeal by Vincent King USCA # 99-15080-GG (dj, Deputy Clerk) (Entered: 07/27/2000) |
| 08/11/2000 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR ON 7/31/00 U.S.C.A. # 99-15080-gg (dj, Deputy Clerk) (Entered: 08/11/2000) |
| 08/17/2000 | 1111 | SEALED DOCUMENT (Former Deputy Clerk) (Entered: 08/18/2000) |
| 08/17/2000 | 1112 | SEALED DOCUMENT placed in vault (Former Deputy Clerk) (Entered: 08/18/2000) |
| 08/17/2000 | 1113 | SEALED DOCUMENT (Former Deputy Clerk) (Entered: 08/18/2000) |
| 08/17/2000 | 1114 | SEALED DOCUMENT (Former Deputy Clerk) (Entered: 08/18/2000) |
| 08/17/2000 | 1115 | SEALED DOCUMENT (Former Deputy Clerk) (Entered: 08/18/2000) |
| 08/17/2000 | 1116 | SEALED DOCUMENT (Former Deputy Clerk) (Entered: 08/18/2000) |

| 08/21/2000 | 1117 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 08/21/2000) |
|---|---|---|
| 08/21/2000 | 1118 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 08/21/2000) |
| 08/21/2000 | 1119 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 08/21/2000) |
| 08/21/2000 | 1120 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 08/21/2000) |
| 08/21/2000 | 1121 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 08/21/2000) |
| 08/23/2000 | 1122 | Judgment Returned Executed as to Lionel Ron Welch on 8/14/00 at FPC Eglin (kw, Deputy Clerk) (Entered: 08/23/2000) |
| 10/02/2000 | 1125 | ORDER as to Earnest Lee Burnes, Jr. conditionally adopting [1106-1] report and recommendations of magistrate judge and recommending that the United States Court of Appeals reconsiders defendant's motion form substitution of counsel. (Signed by Judge Daniel T. K. Hurley on 10/2/00) CCAP [EOD Date: 10/3/00] CCAP (kw, Deputy Clerk) Modified on 11/02/2000 (Entered: 10/03/2000) |
| 10/12/2000 | 1127 | U.S. Marshal's Deed as to Oscar Aguero and Stella Aguero (kw, Deputy Clerk) (Entered: 10/13/2000) |
| 11/14/2000 | 1129 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/15/2000) |
| 11/14/2000 | 1130 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/15/2000) |
| 11/14/2000 | 1131 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/15/2000) |
| 11/14/2000 | 1132 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/15/2000) |
| 11/20/2000 | 1134 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/20/2000) |
| 11/20/2000 | 1135 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/20/2000) |
| 11/20/2000 | 1136 | SEALED DOCUMENT (kw, Deputy Clerk) (Entered: 11/20/2000) |
| 02/02/2001 | | **Terminated deadlines as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel Ron Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr., Aurelio Mosquera (kw, Deputy Clerk) (Entered: 02/02/2001) |
| 02/28/2001 | 1158 | TRANSCRIPT INFORMATION FORM re: [993-1] appeal received. (Forwarded to Court Reporter Coordinator) (Former Deputy Clerk) (Entered: 03/01/2001) |
| 05/03/2001 | 1170 | TRANSCRIPT filed as to Lionel Ron Welch of motion to set bond held 4/19/99 before Judge Linnea R. Johnson Volume #: 1 Pages: 1-5 (sn, Deputy Clerk) (Entered: 05/04/2001) |
| 05/10/2001 | 1172 | ORDER to Unseal plea colloquy of Ronald Welch (note: no Ronald Welch listed as deft in this case) ( Signed by Judge Paul C. Huck on 5/10/01) CCAP [EOD Date: 5/15/01] CCAP (Former Deputy Clerk) (Entered: 05/15/2001) |
| 05/17/2001 | 1173 | TRANSCRIPT filed as to Lionel Ron Welch of Plea Hearing held 5/27/99 before Judge Daniel T.K. Hurley Volume #: 1 Pages: 1-32 (Former Deputy Clerk) (Entered: 05/17/2001) |
| 08/07/2001 | | **Terminated document(s) as to Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Andrew Rodney, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Willie Edward Jackson, Rafael Duverge, Juan Cuevas, Jose Cuevas, Decyo McDuffie, Lionel Ron Welch, Thomas Hawkins, Anthony James, Delrintus Cromartie, Jeffrey McCleod, Dave Edwards, Earnest Lee Burns Jr., Aurelio Mosquera : terminating [1028-1] motion for second amended final order of forfeiture as to Willie Edward Jackson (1) (kw, Deputy Clerk) (Entered: 08/07/2001) |
| | | |

| 10/11/2001 | 1193 | 1st SupplementalCertificate of readiness transmitted to USCA re: [1037-1] appeal by Jeffrey McCleod, [993-1] appeal by Earnest Lee Burns Jr., [987-1] appeal by John Lambert, [986-1] appeal by Dave Edwards, [985-1] appeal by Jeffrey Franklin, [949-1] appeal by Vincent King USCA # 99-15080-GG (dj, Deputy Clerk) (Entered: 10/11/2001) |
|---|---|---|
| 10/24/2001 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR on 10/17/01; U.S.C.A. # 99-15080-GG (Former Deputy Clerk) (Entered: 10/24/2001) |
| 11/15/2001 | | REQUEST from U.S.C.A. dated: 11/09/01 Re: record on appeal consisting of seven (7) boxes of exhibits six (6) volumes of pleadings forty two 42 volumes of transcripts six (6) PSI one (1) expadable of pleadings Complied with on: 11/15/01 U.S.C.A. # 99-15080-GG (dj, Deputy Clerk) Modified on 11/15/2001 (Entered: 11/15/2001) |
| 11/27/2001 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: ROA on 11/20/01; U.S.C.A. # 01-15080-GG (Former Deputy Clerk) (Entered: 11/29/2001) |
| 03/14/2003 | | **Case closed as to all defendants: Aurelio Mosquera Earnest Lee Burns Dave Edwards Jeffrey McCleod Anthony James Jose Cuevas Delrintus Cromartie Thomas Hawkins Lionel Ron Welch Decyo McDuffie Juan Cuevas Rafael Duverge Willie Edward Jackson Andrew Rodney USA, Cecil McCleod, Daphne Creary, Mark Knight, Harold Wright, Malcolm Edwards, Vincent King, Kenneth Vinson, John Lambert, Patrick Robinson, Diedonnaks Charles, Chester Collins, Jeffrey Franklin, Anthony Spence, Charles C. Stella (kw, Deputy Clerk) (Entered: 03/17/2003) |
| 07/31/2003 | | Record on appeal returned from U.S. Court of Appeals: [1037-1] appeal by Jeffrey McCleod, [993-1] appeal by Earnest Lee Burns Jr., [987-1] appeal by John Lambert, [986-1] appeal by Dave Edwards, [985-1] appeal by Jeffrey Franklin USCA #: 99-15080-GG (Former Deputy Clerk) (Entered: 07/31/2003) |
| 11/10/2003 | 1244 | MOTION by USA as to Lionel Ron Welch to Reduce Sentence pursuant to rule 35 (kw, Deputy Clerk) (Entered: 11/14/2003) |
| 12/05/2003 | 1245 | ORDER GRANTING MOTION FOR A REDUCTION OF SENTENCE AND AMENDING THE JUDGMENT ORDER as to Lionel Ron Welch granting [1244-1] motion to Reduce Sentence pursuant to rule 35; reducing the term of imprisonment to time served ( Signed by Judge Daniel T. K. Hurley on 12/5/03) [EOD Date: 12/8/03] CCAP (kw, Deputy Clerk) (Entered: 12/08/2003) |
| 08/03/2005 | 1262 | ORDER DENYING PENDING MOTION ( Signed by Judge Daniel T. K. Hurley on 8/2/05) [EOD Date: 8/3/05] CCAP (kw, Deputy Clerk) (Entered: 08/03/2005) |
| 11/15/2005 | 1272 | ORDER of limited remand from USCA to district court for determination of excusable neglect or good cause re: [1267-1] appeal by Daphne Creary USCA Order Date: (ga, Deputy Clerk) (Entered: 11/15/2005) |
| 03/21/2008 | ●1302 | TRANSFER OF JURISDICTION as to Lionel Ron Welch Signed by Judge Daniel T. K. Hurley on 2/5/08. (gp) (Entered: 03/24/2008) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CECIL McCLEOD,<br>     a/k/a "Dirty,"<br>     a/k/a "C,"<br>     a/k/a "Big Dirty,"<br>MALCOLM EDWARDS,<br>     a/k/a "Shake,"<br>VINCENT KING,<br>     a/k/a "Fish,"<br>JOHN LAMBERT,<br>     a/k/a "Fat Boy,"<br>PATRICK ROBINSON,<br>DIEDONNAKS CHARLES,<br>CHESTER COLLINS,<br>JEFFREY FRANKLIN,<br>     a/k/a "Chico,"<br>WILLIE EDWARD JACKSON,<br>     a/k/a "Boss Man,"<br>     a/k/a "J,"<br>     a/k/a "Jack,"<br>     a/k/a "Jake"<br>     a/k/a "Action Jackson,"<br>     a/k/a "Action,"<br>     a/k/a "Willie,"<br>     a/k/a "Chilly Willie,"<br>     a/k/a "Fat Partner,"<br>JUAN CUEVAS,<br>     a/k/a "Juano,"<br>JOSE CUEVAS,<br>DECYO MCDUFFIE,<br>     a/k/a "Reds,"<br>     a/k/a "Red,"<br>LIONEL "RON" WELCH,<br>THOMAS HAWKINS,<br>     a/k/a "DC,"<br>     a/k/a "Hawk,"<br>ANTHONY JAMES,<br>DELRINTUS CROMARTIE,<br>JEFFREY MCCLEOD,<br>DAVE EDWARDS, and<br>EARNEST LEE BURNES, Jr.,<br>     a/k/a "Bam,"<br>                    Defendants. | CASE NO. 98-6015-Cr-Hurley(s)(s)<br>21 U.S.C. 963<br>21 U.S.C. 846<br>21 U.S.C. 952<br>21 U.S.C. 841<br>18 U.S.C. 924(c)<br>18 U.S.C. X<br><br><br><br><br><br><br>**SECOND**<br>**SUPERSEDING INDICTMENT** |

439/WB

The Grand Jury charges that:

<u>GENERAL ALLEGATIONS</u>

At times material to this indictment:

1.    Port Everglades was a major maritime port in the United States, located in Broward County, Florida.    Numerous goods are imported into the United States through Port Everglades.

2.    Crowley American Transport Services, Inc. (Crowley) and Sea Land Services, Inc. (Sea Land) are maritime shipping companies located at Port Everglades.    Maritime shipping companies are in the business of importing and exporting goods into and from the United States.

3.    Goods imported into the United States by ship are generally placed in metal shipping containers that are capable of being placed on trucks or rail cars and shipped by surface transport to their ultimate destination.    These metal shipping containers are unloaded from ships by stevedores, who use large cranes to lift the containers from a docked ship.    The containers are then taken by truck from the off loading site for temporary storage at the Port.    In the temporary storage location the containers await final clearance by the United States Customs Service to enter the United States.

4.    Security at the maritime shipping companies located at Port Everglades is provided by private security companies that have contracts with the maritime shipping companies.

5.    Burns Security Company, Inc., was a private security company that was responsible for, among other things, controlling

2

the physical access to Crowley American Transportation, Inc., at Port Everglades.

6.    Motivated Security Company, Inc., was a private security company that was responsible for, among other things, controlling the physical access to Sea Land Services, Inc., at Port Everglades.

7.    The International Longshoremen's Association, Local 1526 located in Fort Lauderdale and Local 1416 located in Miami provided union members as stevedores to Sealand and other companies operating at Port Everglades and the Port of Miami.

8.    The International Brotherhood of Teamsters, Local 390 located in Miami provided union members as stevedores to Crowley American Transportation Services, Inc., at Port Everglades.

9.    Defendants CECIL McCLEOD, WILLIE JACKSON, DECYO MCDUFFIE, LIONEL "RON" WELCH, THOMAS HAWKINS, VINCENT KING, and EARNEST BURNES were members of Teamsters Local 390 and were employed by Crowley.

10. Defendant MALCOLM EDWARDS was employed as a stevedore and was a member of the International Association of Longshoreman.

11.    Defendants JOHN LAMBERT, PATRICK ROBINSON, DIEDONNAKS CHARLES and CHESTER COLLINS were employed  as security guards for maritime shipping companies located at Port Everglades.

12. Defendant DAVE EDWARDS was the owner of Dave's Auto and Sound located at 740 NW 107th Street Miami, Fl.

3

<u>COUNT 1</u>

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    From in or about January 1, 1995, up to and including the date of the return of this indictment, in the Southern District of Florida, Broward County, and elsewhere, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"
MALCOLM EDWARDS,
a/k/a "Shake,"
VINCENT KING,
a/k/a "Fish,"
JOHN LAMBERT,
a/k/a "Fat Boy,"
PATRICK ROBINSON,
DIEDONNAKS CHARLES,
CHESTER COLLINS,
JEFFREY FRANKLIN,
a/k/a "Chico,"
WILLIE EDWARD JACKSON,
a/k/a "Boss Man,"
a/k/a "J,"
a/k/a "Jack,"
a/k/a "Jake"
a/k/a "Action Jackson,"
a/k/a "Action,"
a/k/a "Willie,"
a/k/a "Chilly Willie,"
a/k/a "Fat Partner,"
JUAN CUEVAS,
a/k/a "Juano,"
JOSE CUEVAS,
DECYO MCDUFFIE,
a/k/a "Reds,"
a/k/a "Red,"
LIONEL "RON" WELCH,
THOMAS HAWKINS,
a/k/a "DC,"
a/k/a "Hawk,"
DELRINTUS CROMARTIE,
JEFFREY McCLEOD,
DAVE EDWARDS, and

4

EARNEST LEE BURNES,
a/k/a "Bam",

knowingly and willfully combined, conspired, confederated and agreed together, and with each other, and with persons known and unknown to the Grand Jury, to import into the United States controlled substances, in violation of Title 21, United States Code, Section 952.

## MANNER AND MEANS OF THE CONSPIRACY

3.    It was part of the conspiracy that defendants CECIL McCLEOD, WILLIE JACKSON, LIONEL "RON" WELCH, and MALCOLM EDWARDS, would organize a loosely structured criminal conspiracy composed of various cells of stevedores, security guards, narcotics traffickers and others for the purpose of importing multi-kilogram quantities of cocaine, marijuana and heroin into the United States through Port Everglades, the Port of Miami and elsewhere.

4.    It was a further part of the conspiracy that the defendants CECIL McCLEOD, WILLIE JACKSON, LIONEL "RON" WELCH, and MALCOLM EDWARDS, and other defendants and coconspirators would control the importation of controlled substances occurring at Crowley American Transport, Inc., and Sea Land Services, Inc., and other maritime shipping companies located at Port Everglades and elsewhere.  The defendant LIONEL "RON" WELCH used his position as a checker to further the smuggling of narcotics through Port Everglades.

5.    It was a further part of the conspiracy that the defendants CECIL MCCLEOD, WILLIE JACKSON, and MALCOLM EDWARDS each had their own crew of coconspirators who  smuggled narcotics.

6. It was a further part of the conspiracy that the CECIL MCCLEOD, LIONEL "RON" WELCH, WILLIE JACKSON, and MALCOLM EDWARDS shared resources and discussed the actions of each crew or group in order to keep abreast of the narcotics smuggling activities at Crowley American Transport, Inc. and Sea Land Services Inc., Port Everglades and elsewhere and thereby further the overall conspiracy to control the smuggling of narcotics through Port Everglades.

7. It was a further part of the conspiracy that the defendants CECIL McCLEOD, WILLIE JACKSON, DECYO MCDUFFIE, LIONEL "RON" WELCH, THOMAS HAWKINS, MALCOLM EDWARDS, VINCENT KING, and EARNEST LEE BURNES would use their positions as stevedores to smuggle illegal drugs through Port Everglades and elsewhere for subsequent distribution in South Florida and elsewhere.

8. It was further a part of the conspiracy that defendants, JOHN LAMBERT, PATRICK ROBINSON, DIEDONNAKS CHARLES, and CHESTER COLLINS, who were private security guards, would use their positions of trust to enable their fellow defendants and coconspirators to transport illegal drugs from Port Everglades for distribution in South Florida and elsewhere.

9. It was further a part of the conspiracy that the defendants DAVE EDWARDS, EARNEST LEE BURNES, JEFFREY FRANKLIN, and DELRINTUS CROMARTIE participated in the smuggling of illegal drugs through Port Everglades and elsewhere for subsequent distribution in South Florida and elsewhere.

10. It was further a part of the conspiracy that the cells of stevedores, security guards and others controlled by CECIL MCCLEOD,

WILLIE JACKSON and MALCOLM EDWARDS assisted other narcotics traffickers in smuggling controlled substances that were concealed in shipping containers unloaded from vessels docked at Port Everglades and elsewhere in exchange for a substantial percentage of the smuggled drugs or for the equivalent in cash.

11.    It was further a part of the conspiracy that the defendant JEFFREY MCCLEOD participated in the conspiracy by smuggling controlled substances, assisting the defendants WILLIE JACKSON and CECIL MCCLEOD in the laundering of narcotics proceeds, and acting as a liaison between the various cells that composed the overall conspiracy to smuggle narcotics.

12.    It was further a part of the conspiracy that the defendants JUAN CUEVAS and JOSE CUEVAS were narcotics traffickers who used the smuggling services of the stevedores and security guards at Port Everglades and elsewhere to smuggle narcotics into the United States.

13.    It was further a part of the conspiracy that the defendants and other coconspirators would remove multi-kilogram quantities of cocaine and marijuana from sealed cargo containers unloaded from vessels docked at Port Everglades for subsequent distribution in South Florida and elsewhere.

14.    It was further a part of the conspiracy that the defendants and other coconspirators would remove entire cargo containers from vessels docked at Port Everglades, which would be transported by truck for distribution in South Florida and elsewhere.

7

15. It was a further part of the conspiracy, that the conspiracy was responsible for importing, or attempting to import, into the United States in excess of 3,000 kilograms of cocaine and in excess of 15,000 pounds of marijuana.

16. It was a further part of the conspiracy that the defendants, on occasion, would use other ports of entry to smuggle illegal drugs for distribution throughout South Florida and elsewhere.

17. It was a further part of the conspiracy that the defendants would use various means to distribute, conceal and invest funds derived from the illegal importation of controlled substances.

18. It was a further part of the conspiracy that the defendants and other conspirators would take all steps necessary to conceal from law enforcement the identities of the members of the organization and its unlawful purpose, including but not limited to, causing the filing of false reports with the Drug Enforcement Administration, the Broward County Sheriff's Office and other federal and state agencies.

19. It was a further part of the conspiracy that the defendants would undertake all steps necessary to prevent the detection of their criminal activities and to prevent the presentation of evidence at trial.

All in violation of Title 21, United States Code, Section 963.

8

## COUNT 2

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    From in or about January 1, 1995, up to and including the date of the return of this indictment, in the Southern District of Florida, Broward County, and elsewhere, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"
MALCOLM EDWARDS,
a/k/a "Shake,"
VINCENT KING,
a/k/a "Fish,"
JOHN LAMBERT,
a/k/a "Fat Boy,"
PATRICK ROBINSON,
DIEDONNAKS CHARLES,
CHESTER COLLINS,
JEFFREY FRANKLIN,
a/k/a "Chico,"
WILLIE EDWARD JACKSON,
a/k/a "Boss Man,"
a/k/a "J,"
a/k/a "Jack,"
a/k/a "Action Jackson,"
a/k/a "Action,"
a/k/a "Willie,"
a/k/a "Chilly Willie,"
a/k/a "Fat Partner,"
DECYO MCDUFFIE,
a/k/a "Reds,"
a/k/a "Red,"
LIONEL "RON" WELCH,
THOMAS HAWKINS,
a/k/a "DC,"
a/k/a "Hawk,"
ANTHONY JAMES,
DELRINTUS CROMARTIE,
JEFFREY MCCLEOD,
DAVE EDWARDS, and,
EARNEST LEE BURNES,
a/k/a "Bam,"

9

knowingly and willfully combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute controlled substances in violation of Title 21, United States Code, Section 841.

### MANNER AND MEANS OF THE CONSPIRACY

3.    Paragraphs numbered three (3) through seventeen (17), inclusive, of Count 1 of this Indictment are realleged and expressly incorporated herein as setting forth the Manner and Means of the Conspiracy.

All in violation of Title 21, United States Code, Section 846.

### COUNT 3

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2. On or about July 29, 1996, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952 and Title 18, United States Code, Section 2.

COUNT 4

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    On or about January 13, 1997, at Broward County, in the Southern District of Florida, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"
MALCOLM EDWARDS,
a/k/a "Shake,"
WILLIE EDWARD JACKSON,
a/k/a "Boss Man,"
a/k/a "J,"
a/k/a "Jack,"
a/k/a "Jake"
a/k/a "Action Jackson,"
a/k/a "Action,"
a/k/a "Willie,"
a/k/a "Chilly Willie,"
a/k/a "Fat Partner," and
DECYO MCDUFFIE,
a/k/a "Reds,"
a/k/a "Red,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952 and Title 18, United States Code, Section 2.

COUNT 5

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    On or about March 22, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952 and Title 18, United States Code, Section 2.

## COUNT 6

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    On or about April 27, 1997, at Broward County, in the Southern District of Florida, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"
MALCOLM EDWARDS,
a/k/a "Shake,"
WILLIE EDWARD JACKSON,
a/k/a "Boss Man,"
a/k/a "J,"
a/k/a "Jack,"
a/k/a "Jake"
a/k/a "Action Jackson,"
a/k/a "Action,"
a/k/a "Willie,"
a/k/a "Chilly Willie,"
a/k/a "Fat Partner,"
LIONEL "RON" WELCH,
JOHN LAMBERT,
a/k/a "Fat Boy,"
DELRINTUS CROMARTIE, and
DAVE EDWARDS,

12

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963, and Title 18, United States Code, Section 2.

COUNT 7

On or about April 27, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

DELRINTUS CROMARTIE,

did knowingly carry a firearm, that is a .357 MAGNUM during and in relation to a drug trafficking offense, which is a felony prosecutable in a Court of the United States, that is: a violation of Title 21, United States Code, Section 963, as set forth in Count 1 of this indictment; a violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this indictment, and a violation of Title 21, United States Code, Section 963, as set forth in Count 6 of this indictment; all in violation of Title 18, United States Code, Section 924(c).

COUNT 8

1.   The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.   On or about May 24, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CECIL McCLEOD,<br>a/k/a "Dirty,"<br>a/k/a "C,"

13

                        a/k/a "Big Dirty,
                          VINCENT KING,
                          a/k/a "Fish,"
                        DECYO MCDUFFIE,
                          a/k/a "Reds,"
                          a/k/a "Red,"
                    JEFFREY FRANKLIN, and
                    JEFFREY MCCLEOD,

did knowingly and intentionally import into the United States, from

a place outside thereof, a Schedule I controlled substance, that

is, a mixture and substance containing a detectable amount of

marijuana, in violation of Title 21, United States Code, Section

952 and Title 18, United States Code, Section 2.

                            COUNT 9

    1.    The General Allegations in numbered paragraphs one (1)

through twelve (12), inclusive, are realleged and expressly

incorporated herein.

    2.  On or about May 24, 1997, at Broward County, in the

Southern District of Florida, the defendants,

                        CECIL McCLEOD,
                        a/k/a "Dirty,"
                          a/k/a "C,"
                      a/k/a "Big Dirty,"
                          VINCENT KING,
                          a/k/a "Fish",
                        DECYO MCDUFFIE,
                      JEFFREY FRANKLIN,
                      ANTHONY JAMES, and
                      JEFFREY MCCLEOD,

did knowingly and intentionally possess with intent to distribute

a Schedule I controlled substance, that is, a mixture and substance

containing a detectable amount of marijuana, in violation of Title

21, United States Code, Section 841 and Title 18, United States

Code, Section 2.

                              14

## COUNT 10

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    On or about June 8, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CECIL McCLEOD,<br>
a/k/a "Dirty,"<br>
a/k/a "C,"<br>
a/k/a "Big Dirty,"<br>
JUAN CUEVAS,<br>
a/k/a "Juano,"<br>
DECYO MCDUFFIE,<br>
a/k/a "Reds,"<br>
a/k/a "Red," and<br>
THOMAS HAWKINS,<br>
a/k/a "DC,"<br>
a/k/a "Hawk,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 952 and Title 18, United States Code, Section 2.

## COUNT 11

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2. On or about June 8, 1997, at Broward County, in the Southern District of Florida, the defendants,

CECIL McCLEOD,<br>
a/k/a "Dirty,"<br>
a/k/a "C,"<br>
a/k/a "Big Dirty,"<br>
THOMAS HAWKINS,

```
                    a/k/a "DC,"
                   a/k/a "Hawk,"
                 DECYO MCDUFFIE,
                   a/k/a "Reds,"
                a/k/a "Red," and
                 ANTHONY JAMES,
```

did knowingly and intentionally possess with intent to distribute

a Schedule I controlled substance, that is, a mixture and substance

containing a detectable amount of heroin, in violation of Title 21,

United States Code, Section 841 and Title 18, United States Code,

Section 2.

## COUNT 12

1.    The General Allegations in numbered paragraphs one (1)

through  twelve  (12),  inclusive,  are  realleged  and  expressly

incorporated herein.

2.    On or about June 8, 1997, at Broward County, in the

Southern District of Florida, and elsewhere, the defendants,

```
                 CECIL McCLEOD,
                  a/k/a "Dirty,"
                    a/k/a "C,"
                a/k/a "Big Dirty,"
                  JUAN CUEVAS,
                  a/k/a "Juano,"
                 DECYO MCDUFFIE,
                  a/k/a "Reds,"
                a/k/a "Red," and
                 THOMAS HAWKINS,
                    a/k/a "DC,"
                   a/k/a "Hawk,"
```

did knowingly and intentionally import into the United States, from

a place outside thereof, a Schedule II controlled substance, that

is, a  mixture  and  substance  containing  a  detectable  amount  of

cocaine, in violation of Title 21, United States Code, Section 952

and Title 18, United States Code, Section 2.

16

## COUNT 13

1.   The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2. On or about June 8, 1997, at Broward County, in the Southern District of Florida, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
VINCENT KING,
a/k/a "Fish,"
DECYO MCDUFFIE,
a/k/a "Reds,"
a/k/a "Red,"
THOMAS HAWKINS,
a/k/a "DC,"
a/k/a "Hawk," and
ANTHONY JAMES,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 2.

## COUNT 14

1.   The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.   On or about June 25, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty," and

JUAN CUEVAS,
a/k/a "Juano,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952, and Title 18, United States Code, Section 2.

### COUNT 15

1.     The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.     On or about July 25, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CECIL McCLEOD,
a/k/a "Dirty,"
a/k/a "C,"
a/k/a "Big Dirty,"
MALCOLM EDWARDS,
a/k/a "Shake,"
PATRICK ROBINSON,
JEFFREY FRANKLIN,
a/k/a "Chico," and
JUAN CUEVAS,
a/k/a "Juano,"

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952, and Title 18, United States Code, Section 2.

## COUNT 16

1.    The General Allegations in numbered paragraphs one (1) through twelve (12), inclusive, are realleged and expressly incorporated herein.

2.    On or about August 24, 1997, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> JOHN LAMBERT,
> a/k/a "Fat Boy,"
> PATRICK ROBINSON,
> JUAN CUEVAS,
> a/k/a "Juano," and
> JOSE CUEVAS,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952 and Title 18, United States Code, Section 2.

### FORFEITURE SECTION

1.    Counts 1 through 6 and Counts 8 through 16 of this Indictment are realleged and hereby incorporated by reference herein for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. As a result of convictions on any of the offenses charged in Counts 1 through 6 and Counts 8 through 16 of this Indictment, defendants  CECIL MCCLEOD, MALCOLM EDWARDS, VINCENT KING, JOHN LAMBERT, PATRICK ROBINSON, DIEDONNAKS CHARLES, CHESTER COLLINS, JEFFREY FRANKLIN,  WILLIE EDWARD JACKSON, JUAN CUEVAS, JOSE CUEVAS, DECYO MCDUFFIE, LIONEL "RON" WELCH, THOMAS HAWKINS, ANTHONY JAMES, DELRINTUS CROMARTIE,  JEFFREY

McCLEOD, DAVE EDWARDS, and EARNEST LEE BURNES, JR., shall forfeit to the United States:

Any and all property, real and personal, tangible and intangible, constituting and derived from, any proceeds the defendant obtained, directly and indirectly, as a result of the violations alleged in Counts 1 through 6 and Counts 8 through 16 and, any of the defendants' property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of such violations.

Such forfeitures shall include property, real and personal, tangible and intangible, including any interest of the defendants in:

A.    $14,970.00 in United States currency seized on or about June 10, 1997;

B. Approximately $ 199,350.00 in United States currency seized from the residence of WILLIE JACKSON and approximately $7,100.00 seized from the trunk of a BMW controlled by WILLIE JACKSON, both such seizures occurring on or about October 1, 1998.

    C. Suntrust Bank
       Willie Jackson
       Account Numbers:
       066000604-0606006543893
       066000604-0606002506332-0256
       066000604-0606002506332-0233

    D. Nations Bank
       Willie E. Jackson
       Account Numbers: 063100277-3431493580-465
       540590135-000000003433152904
       540590135-000000003431493580
       540590135-000000003710753201
       540590135-00000091000002074975

20

E. Peoples Credit Union
        Willie E. Jackson
        Account Number: 0000596551

F. First Union Bank
        Willie E. Jackson
        Account Number: 063000021-9982425513-1110

G. Barnett Bank
        Blue Tip Inc.
        Willie and Michelle Jackson
        Account Numbers:067003985-1051-1596246259
                        067003985-0626-1596246259

H. Any other financial accounts over which the defendant Willie Jackson has control, including but not limited to any accounts involving Blue Tip Inc, Tax Payer Identification number 650546987, and in which sums were deposited after on or about January 1, 1995.

I. Jackson's residence located at 16540 NW 84 Ave, Miami, FL.

J. Rental properties controlled by Jackson at 980 NW 111 St, Miami Fl. And 2128 NW 86 Street Miami, Fl.

K. Any other real properties controlled by the defendant Jackson and acquired after on or about January 1, 1995.

2.    If any of the above-described forfeitable property, as a result of any act and omission of a defendant and/or the defendants:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred to, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the Court;

(4)   has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above described forfeitable property.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

THOMAS E. SCOTT
UNITED STATES ATTORNEY

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

JEFFERY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY

22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  ___CECIL MCCLEOD_____ No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE   AND A $4,000,000.00 FINE

Count #: 3    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 4    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 5    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF MARIJUANA

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 6    21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 8    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF MARIJUANA

*Max. Penalty: LIFE   AND A $4,000,000.00 FINE

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

Defendant's Name:  ___CECIL MCCLEOD_____ No.: _____ ___ _____

Count #:9    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
MARIJUANA

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 10    21 U.S.C. 952  AND 18 U.S.C. 2 - IMPORTATION OF HEROIN

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:11    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
HEROIN

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 12    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 13    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
COCAINE

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 14    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:15    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  ___MALCOLM EDWARDS___          No.:_____

Count #:1    21 U.S.C. 963  - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 4    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count # 6    21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:15    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: ____JOHN LAMBERT_____ No.: _____

Count #:1     21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2     21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH
THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 6     21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 16     21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty:  LIFE AND A $4,000,000.00 FINE

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:    PATRICK ROBINSON             No.: _____

Count #:1     21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2     21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 15    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 16    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: _____

_____

_____

*Max. Penalty: _____

Count #: _____

_____

_____

*Max. Penalty: _____

Count #: _____

_____

_____

*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   DIEDONNAKS CHARLES   No.: _____

Count #:1   21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2   21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH
THE INTENT TO DISTRIBUTE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ___CHESTER COLLINS_____ No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:    WILLIE EDWARD JACKSON    No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 4    21 U.S.C. 952 AND 18 U.S.C. 2  - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 6    21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

*Max. Penalty:   LIFE AND A $4,000,000.00 FINE

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:    JUAN CUEVAS                              No.: _____

Count #:1    21 U.S.C. 963  - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #::10    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF HEROIN

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #  12    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:14    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #15    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE
:

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:16    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: ___ DECYO MCDUFFIE _____ No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 4    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 8    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF MARIJUANA

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #9    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 10    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF HEROIN

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:11    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

Defendant's Name: _____DECXYO MCDUFFIE_____ No.: _____

Count #:12    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:13    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   JOSE CUEVAS                          No :

Count #:1     21 U.S.C. 963  - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:16     21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:    LIONEL "RON" WELCH        No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 6    21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

Defendant's Name:  ___THOMAS HAWKINS_____ No.: _____

Count #:1    21 U.S.C. 963  - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

<u>*Max. Penalty: LIFE AND A $4,000,000.00 FINE</u>

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

<u>*Max. Penalty: LIFE AND A $4,000,000.00 FINE</u>

Count #:10    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF HEROIN

<u>*Max. Penalty: LIFE AND A $4,000,000.00 FINE</u>

Count #: 11    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

<u>*Max. Penalty: LIFE AND A $4,000,000.00 FINE</u>

Count #: 12    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

<u>*Max. Penalty: LIFE AND A $4,000,000.00 FINE</u>

Count #:13    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

<u>*Max. Penalty: LIFE AND A $4,000,000.00 FINE</u>

Count #:

<u>*Max. Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  ___ANTHONY JAMES_____    No.: _____

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:9    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
             MARIJUANA

*Max. Penalty: LIFE  AND A $4,000,000.00 FINE

Count #:11    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
              HEROIN

*Max. Penalty: LIFE  AND A $4,000,000.00 FINE

Count #:13    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
              COCAINE

*Max. Penalty:  LIFE  AND A $4,000.00 FINE

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  ___DELRINTUS CROMARTIE___ No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO  DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 6    21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:7    18 U.S.C. 924(c)  - POSSESSION OF A FIREARM

*Max. Penalty: 5 YEARS CONSECUTIVE AND A $250,000.00 FINE

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ___JEFFREY FRANKLIN_____ No.: _____

Count #:1     21 U.S.C. 963  - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2     21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 8     21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF MARIJUANA

*Max. Penalty: LIFE AND A  $4,000,000.00 FINE

Count #: 9     21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE
                    MARIJUANA

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 15     21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:    VINCENT KING                         No.: _____

Count #:1      21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

_____

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2      21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 8      21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF MARIJUANA

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 9      21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 13    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

_____

_____

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:    JEFFERY McCLEOD                         No.

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 8    21 U.S.C. 952 AND 18 U.S.C. 2 - IMPORTATION OF MARIJUANA

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 9    21 U.S.C. 841 AND 18 U.S.C. 2 - POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:    DAVE EDWARDS                    No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH THE INTENT TO DISTRIBUTE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 6    21 U.S.C. 963 AND 18 U.S.C. 2 - ATTEMPTED IMPORTATION OF COCAINE

*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  ___EARNEST LEE BURNS, JR___        No.: _____

Count #:1    21 U.S.C. 963 - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES

_____

_____

_____

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: 2    21 U.S.C. 846 - CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES
             WITH THE INTENT TO DISTRIBUTE

_____

_____

\*Max. Penalty: LIFE AND A $4,000,000.00 FINE

Count #: _____

_____

\*Max. Penalty: _____

Count #: _____

_____

\*Max. Penalty: _____

Count #: _____

_____

\*Max. Penalty: _____

Count #: _____

_____

_____

\*Max. Penalty: _____

Count #: _____

_____

_____

\*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. __98-6015-Cr-HURLEY(s)__

v.      **CERTIFICATE OF TRIAL ATTORNEY\***

CECIL MCCLEOD, et al. _____ **Related Case Information**:

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| SUPERSEDING | Yes | X | No ___ |
| New Defendant(s) | Yes | X | No ___ |
| Number of New Defendants | | | 3 |
| Total number of counts | | | 16 |

___ Miami    ___ Key West
X FTL    ___ WPB ___ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No) __YES__
List language and/or dialect __SPANISH__

4.    This case will take __60__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
     (Check only one)                 (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | X | Felony | ___ |
| V | 61 days and over | ___ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) __NO__
If yes:

Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No) __NO__
If yes:

Magistrate Case No. _____
Related Miscellaneous numbers: __96-6132-Cr-Roettger_____
Defendant(s) in federal custody as of_____
Defendant(s) in state custody as of_____
Rule 20 from the_____    District of _____

7.    This case originated in the U.S. Attorney's office prior to August 16, 1985
(Yes or No) __No_____

_(signature)_

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5500209

\*Penalty Sheet(s) attached

## BOND RECOMMENDATION

_DAVE EDWARDS_
Defendant

$ PRETRIAL DETENTION    is recommended.

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

## BOND RECOMMENDATION

_____ JEFFREY MCCLEOD _____
                             Defendant


$__PRETRIAL DETENTION_____    is recommended.


                              _____
                              MICHAEL J. DITTOE
                              ASSISTANT UNITED STATES ATTORNEY

## BOND RECOMMENDATION


_____EARNEST LEE BURNES, JR._____
                              Defendant


$_PRETRIAL DETENTION_____    is recommended.


                              _____
                              MICHAEL J. DITTOE
                              ASSISTANT UNITED STATES ATTORNEY

No. FL 03719

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

CENTRAL Division

## THE UNITED STATES OF AMERICA

vs.

CECIL McCLEOD, et al

# INDICTMENT

21 U.S.C. 963
21 U.S.C. 846
21 U.S.C. 952
21 U.S.C. 841
18 U.S.C. 924(c)
18 U.S.C. 2

*A true bill.*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

AO 245S (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **LIONEL "RON" WELCH** | Case Number:  **0:98CR06015-020** |

Ruben Oliva, Esq.

Defendant's Attorney

**FILED by _____ D.C.**

**JUN 2 1 2000**

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## THE DEFENDANT:

☒ pleaded guilty to count(s)   **1 of the Second Superseding Indictment on 05/27/1999.**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to import cocaine. | 02/17/1998 | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  **ALL REMAINING COUNTS**   (is)(are)  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**06/09/2000**
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**Daniel T. K. Hurley**

**United States District Judge**
Name & Title of Judicial Officer

_____
Date

AO 245S (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page 2 of 7

DEFENDANT:      LIONEL "RON" WELCH
CASE NUMBER:    0:98CR06015-020

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___72___ ___month(s)___ .

**This is the total term of imprisonment imposed as to Count 1 of the Second Superseding Indictment.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The court recommends the defendant be permitted to participate in the 500 hour drug / alcohol rehabilitation program and that the term of imprisonment be served at the Federal Institution at Eglin Air Force Base, Florida.**

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

  ☒ at ___12:00___ p.m. on ___07/14/2000___ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

DEFENDANT:     LIONEL "RON" WELCH
CASE NUMBER:   0:98CR06015-020

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____5_____ year(s) .

**This is the total term of supervised release imposed as to Count 1 of the Second Superseding Indictment.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).
See Special Conditions of Supervision - Page    4

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        LIONEL "RON" WELCH
CASE NUMBER:      0:98CR06015-020

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Officer.

The defendant shall maintain full time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the United States Probation Officer.  Further, the defendant shall provide documentation including, but not limited to paystubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the United States Probation Officer.

DEFENDANT:     LIONEL "RON" WELCH
CASE NUMBER:   0:98CR06015-020

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| Totals:  | $ 100.00   | $    | $           |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .  $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ The interest requirement is waived.

   ☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|------------------------|-------------------------------|-----------------------------------------|
|               |                        |                               |                                         |

Totals:  $ _____  $ _____

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment Page

DEFENDANT:      **LIONEL "RON" WELCH**

CASE NUMBER:    **0:98CR06015-020**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____; or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.